IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. L-00-1809 |
| | : | |
| LEON G. SISLER | : | |
| | : | |
| Defendant | : | |

ORDER

Upon review of the court file and documents in this case, this Court finds that service of process upon the defendant was completed on or about July 21, 2000. To date, no response has been filed. Accordingly, plaintiffs shall file, within ten days from the date hereof, a motion for entry of default and motion for default judgment or provide a report as to why such motions would be inappropriate.

It is so ORDERED, this _8th_ day of September, 2000

_____
Benson Everett Legg
United States District Judge