IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 MAY -1  A 10: 16

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Court No. L-00-1809 |
| LEON G. SISLER, | : | |
| Defendant. | : | |

............

### ORDER OF SATISFACTION

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED. The Defendant is hereby released from any lien created by the Notice of Lien recorded on December 12, 2000, Lien# 1323, Receipt# 67190, with the Circuit Court for Garrett County.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Thomas F. Corcoran
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Trial Bar No. 24894